FILED

01/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0459

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| B.Y.O.B., INC., a Montana Corporation, JIM GLANTZ, Individually and as personal representative of the Estate of Donna Glantz, deceased, ON BEHALF OF THE ESTATE OF DONNA GLANTZ, BARBARA RILEY, MEADOW LAKE REAL ESTATE, a/b/n CYA, INC., GILDO, LLC, a Montana Limited Liability Company, TERIN GILDEN, and NATHAN GILDEN, <br><br> Appellants, <br><br> vs. <br><br> STATE OF MONTANA, a governmental entity, THE MONTANA DEPARTMENT OF REVENUE, a political subdivision of the State of Montana, and DOES A-Z, <br><br> Appellee. | Supreme Court Cause No. DA 20-0459 <br><br><br><br> ORDER GRANTING APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellee State of Montana, Department of Revenue is granted its first thirty-day extension of time through and including **March 1, 2021**, within which to file Appellee's Answer Brief.

DATED this _____ day of January, 2021.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 14 2021

ORDER

Page 1 of 1